# Notice Recipients

District/Off: 0971–4   User: admin   Date Created: 9/21/2022
Case: 22–40919   Form ID: 309E1   Total: 17

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr　　　Not Assigned – OK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　　Terecita Louise Dean　　40 Sandpiper Pl　　Alameda, CA 94502
ust　　Office of the U.S. Trustee/Oak　　Office of the United States Trustee　　Phillip J. Burton Federal Building　　450 Golden Gate Ave. 5th Fl., #05–0153　　San Francisco, CA 94102
aty　　Marc Voisenat　　Law Offices of Marc Voisenat　　2329 A Eagle Ave.　　Alameda, CA 94501
smg　　Labor Commissioner　　1515 Clay St.　　Room 801　　Oakland, CA 94612
smg　　State Board of Equalization　　Collection Dept.　　P.O. Box 942879　　Sacramento, CA 94279
smg　　IRS　　P.O. Box 7346　　Philadelphia, PA 19101–7346
smg　　CA Employment Development Dept.　　Bankruptcy Group MIC 92E　　P.O. Box 826880　　Sacramento, CA 94280–0001
smg　　CA Franchise Tax Board　　Special Procedures Bankruptcy Unit　　P.O. Box 2952　　Sacramento, CA 95812–2952
15437646　　Amex　　Correspondence　　Po Box 981540　　El Paso, TX 79998
15437647　　Bank Of America　　Nc4–105–03–14　　Po Box 26012　　Greensboro, NC 27410
15437648　　Capital One　　Po Box 30285　　Salt Lake City, UT 84130
15437649　　Internal Revenue Service　　Centralized Insolvency Operations　　P.O. Box 7346　　Philadelphia, PA 19101–7346
15437650　　Lakewood Capital LLC　　P.O. Box 8152　　Waco, TX 76714
15437651　　Nationstar Mortgage LLC　　8950 Cypress Waters Blvd　　Coppell, TX 75019
15437652　　Real Time Resolutions　　Attn: Bankruptcy　　Po Box 36655　　Dallas, TX 75235
15437653　　SLS　　6200 S. Qubec St　　Greenwod Village, CO 80111
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 16

Case: 22-40919   Doc# 6-1   Filed: 09/21/22   Entered: 09/21/22 11:41:48   Page 1 of 1